DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellant,

v.

**ULTIMATE RESTORATION, LLC** a/a/o **DARRYL PAYNE,**
Appellee.

No. 4D21-1697

[August 31, 2022]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey A. Cawthon, Judge; L.T. Case No. COSO20-011590.

C. Ryan Jones and Scot Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellant.

Marius L. Boeru of The Mineo Salcedo Law Firm, P.A., Davie, for appellee.

PER CURIAM.

*Affirmed. See Trinchitella v. D.R.F., Inc.*, 584 So. 2d 35, 35 (Fla. 4th DCA 1991) ("We cannot consider the issues raised for the first time in a motion for rehearing in the trial court.").

KLINGENSMITH, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***